[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-11416
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00133-VMC-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUENTIN CEPHUS

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 2, 2018)

Before MARCUS, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Quentin Cephus in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cephus's conviction and sentence are **AFFIRMED**.